

REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | PART I | OFFENSE: <u>Possession of Over 300 Grams of Heroin with Intent to Distribute [21 USC 841 (a)(1); and Possession of a Firearm During Drug Trafficking Offense [18 USC 924 (c)]</u> |
| | | ORIGINAL SENTENCE: <u>60 Months Prison; 5 Years Supervised Release</u> |
| FROM: | <u>Margaret A. Carroll</u><br>U.S. Probation Officer | SPEC. CONDITIONS:  <u>$200.00 Special Assessment; Drug Aftercare; Mental Health Aftercare; Financial Disclosure</u> |
| | | AUSA:  <u>Thomas O. Secor (Northern District of Ohio)</u> |
| RE: | <u>MONTES, Leftie<br>DKT# 3:98 CR 00735-001<br>(ND/OH)</u> | MED: <u>November 7, 2011</u> |

**07CRIM. 413**

DATE OF SENTENCE:  <u>July 20, 1998</u>

DATE:  May 7, 2007

ATTACHMENTS:   PSI <u>X</u>   JUDGMENT <u>X</u>   PREVIOUS REPORTS

REQUEST FOR:      WARRANT____      SUMMONS ____      COURT DIRECTION  <u>X</u>

### REQUEST FOR ACCEPTANCE OF JURISDICTION

Supervision Adjustment:

The releasee was sentenced in the Northern District of Ohio, as outlined above. He completed the custodial portion of his sentence on November 8, 2006, and has since been supervised in our district given his Manhattan residence. On February 23, 2007, we requested from the Northern District of Ohio that the jurisdiction of this case be transferred to the Southern District of New York for all future matters. The releasee was not a resident of Ohio at the time of his arrest, and will not likely return to their district during the course of his supervision.

The releasee currently resides at 288 10th Avenue, Apt. #6E, New York, N.Y., accompanied by his parents, sister, and his sister's three children. He has maintained stable employment as a caulker with A&B Caulking, and for a period of time worked a second

NY 466

MONTES, LEFTIE                                              P-21211-M.A.CARROLL

-2-

job as a Porter in a health club. To date, all drug testing has proven negative. In addition, the releasee is presently attending weekly individual mental health counseling at one of our contract providers.

Attached is a Probation Form 22, signed by the Honorable Jack Zouhary, U.S. District Judge for the Northern District of Ohio on March 21, 2007, ordering that their Court record be transferred to the Southern District of New York, upon this Court's acceptance of jurisdiction.

Recommendation:

This is to request that the Court consider accepting the transfer of jurisdiction of this case. If the Court is in agreement with this recommendation, we respectfully ask that the attached forms (Prob 22), be endorsed and **two original forms be** returned to our office for processing. Also enclosed is a copy of the presentence report and Judgment Order for Your Honor's review.

Respectfully Submitted:

CHRIS J. STANTON
Chief U.S. Probation Officer

By: _____
Margaret A. Carroll
U.S. Probation Officer
(212) 805-5153

Approved by:

_____
Bernard Ray          Date
Supervising U.S. Probation Officer

NY 466